1
2
3
4
5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHRISTOPHER BRIGGS,<br><br>                Plaintiff,<br><br>   v.<br><br>AETNA PHARMACY MANAGEMENT,<br><br>                Defendant. | Case No. 3:24-cv-05681-TMC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the Report and Recommendation of the Honorable Theresa L. Fricke, United States Magistrate Judge; an additional proposed amended complaint filed by Plaintiff Christopher Briggs; and the remaining record, does hereby find and ORDER:

1. The Court adopts the Report and Recommendation.

    a. Mr. Briggs did not file objections to the Report and Recommendation. Within the time for filing objections, however, he submitted a new proposed amended complaint. Dkt. 8. Construing the proposed amended complaint liberally as an objection, the Court has conducted de novo review of the Report and Recommendation. *See* Fed. R. Civ. P. 72(b); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

    b. Mr. Briggs's new proposed amended complaint contains the same problems as his previous proposed amended complaint. For the reasons explained by the Magistrate Judge, *see* Dkt. 7 at 3–4, Mr. Briggs's allegations do not show a legal claim for relief.

2. Plaintiff's action is DISMISSED without prejudice.

The Clerk is directed to send uncertified copies of this Order to all counsel of record, to any party appearing pro se at said party's last known address, and to the Honorable Theresa L. Fricke.

Dated this 31st day of December, 2024.

                Tiffany M. Cartwright
                United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 2